UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN KEITH EARLS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 3:22-CV-2508-X-BN |
| § | |
| DALLAS SHERIFF'S § | |
| DEPARTMENT, § | |
| § | |
| *Defendant.* § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 4]. Plaintiff Kevin Keith Earls, a Texas prisoner, filed a *pro se* complaint against the Dallas Sheriff's Department alleging that, while he was incarcerated at the Dallas County jail in 1993, he attempted to commit suicide and was attacked by another inmate.[1] The Magistrate Judge concluded that the Dallas Sheriff's Department is not subject to suit as a jural entity with "a separate legal existence," and that Earls's claims are time-barred.[2] Thus, the Magistrate Judge concluded that the claims are frivolous and should be dismissed with prejudice under 28 U.S.C. § 1915(a).

---

[1] Doc. No. 4 at 1 (citing Doc. No. 3).

[2] Doc. No. 4 at 2 (citing *Darby v. Pasadena Police Dep't*, 939 F.2d 311, 313–14 (5th Cir. 1991) (cleaned up); *Helton v. Clements*, 832 F.2d 332, 334 (5th Cir. 1987)).

1

Earls did not object to the Magistrate Judge's findings, conclusions, and recommendation.

The District Court reviewed for plain error the proposed findings, conclusions, and recommendations. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendations of the United States Magistrate Judge. The Court **DISMISSES WITH PREJUDICE** this suit.

**IT IS SO ORDERED,** this 16th day of February, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE